

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00381-CR

**EMILY ANN HUDSON,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-733-C1**

## MEMORANDUM OPINION

Emily Ann Hudson appeals her plea of guilty to the offense of Murder. *See* TEX. PENAL CODE ANN. § 19.02 (West 2011). Because the trial court's certificate of right of appeal that Hudson signed indicates Hudson has no right to appeal and has waived her right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim.

App. 2003) (waiver of appeal).

Notwithstanding that this appeal must be dismissed, Hudson may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Hudson believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Hudson desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 19, 2018
Do not publish
[CRPM]

